# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

JOSHUA RESENDES, ET AL.

*Plaintiff*

v.

Civil Action No.:
**1:16-CV-10052-GAO**

RECEIVED
U.S. ATTORNEY
2016 JAN 20 PM 4:06

UNITED STATES DEPARTMENT OF LABOR

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carmen M. Ortiz
United States Attorney
District of Massachusetts
John Joseph Moakley
United States Federal Courthouse
1 Courthouse Way, Suite 9200, Boston, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael P. Sams, Esq.
Kenney & Sams, P.C.
45 School Street
Boston, MA 02108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL

*CLERK OF COURT*

/s/ – Matthew Paine

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

ISSUED ON 2016-01-14 09:41:01.0, Clerk USDC DMA

Civil Action No.: **1:16–CV–10052–GAO**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Carmen M. Ortiz, United States Attorney

was received by me on (date) January 20, 2016

☐ I personally served the summons on the individual at (place) ______________________________

______________________________ on (date) ______________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ____________

______________________________, a person of suitable age and discretion who resides there,

on (date) ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) *refused to give name, who is designated by law to accept service of process on behalf of (name of organization) Carmen M. Ortiz, United States Attorney, District of Massachusetts John Joseph Moakley United States Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA on (date) January 20, 2016 @ 4:06 PM. ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other (specify) :

My fees are $ ________ for travel and $ _________ for services, for a total of $ _____________.

I declare under penalty of perjury that this information is true.

January 20, 2016
Date

[signature]
*Server's Signature*

William H. Dewsnap III
*Printed name and title*
Process Server & Disinterested Person

92 State Street 8th Floor
Boston, MA 02109
*Server's Address*

Additional information regarding attempted service, etc:

*Description of person who refused to give name: White male; 60's; gray hair; 5'6"; 180 lbs.

*Proof of Service - See Date Stamped Copy on the front of Summons.

Documents Served: 1. Summons; 2. Complaint; 3. Civil Cover Sheet; and 4. Local Category